FILED 4 JUN '24 11:08USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

NORMAN WICKS, SR, et al.
    Plaintiff,

v.

CITY OF PORTLAND, et al.
    Defendant.

Case No.: 3:22-cv-00446-HZ

### MOTION TO SET OVER CASE

Comes now, Norman Wicks SR. & Norman Wicks JR. :Plaintiffs, IN THIS case, with this MOTION : To set over to other Dates in the future. Plaintiffs had major differences in how to proceed Plaintiffs believe the Appointed Attorneys, were not acting in Plaintiffs best interests which Plaintiffs can elaborate further if needed to ! Plaintiffs ask for set over in these Proceeding . Thank You

Plaintiffs :

Norman wicks SR. :sign & date _MAY 28-2024_
*Norman Wicks* (signature)

Norman Wicks JR. :sign & date _(signature)_
5-28-24