IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORMAN WICKS, SR and, NORMAN WICKS JR<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, MATTHEW BROWN, CRAIG LEHMAN, DAVID ARNAUT, and CALEB HONL,<br><br>Defendants. | No. 3:22-cv-00446-HZ<br><br>JUDGMENT |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice. Pending motions, if any, are denied as moot.

DATED:_____June 27, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge