IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORMAN WICKS, SR and,
NORMAN WICKS JR

              Plaintiffs,

v.

CITY OF PORTLAND, MATTHEW
BROWN, CRAIG LEHMAN, DAVID
ARNAUT, and CALEB HONL,

              Defendants.

No. 3:22-cv-00446-HZ

ORDER

HERNÁNDEZ, Senior Judge:

Plaintiff's Motion for Reimbursement of Out-of-Pocket Expenses, ECF 99, is GRANTED pursuant to the Court's *Pro Bono* Representation Program. The Court awards the amount of $2,395.05 to be reimbursed to *pro bono* counsel Amanda Lamb of the Oregon Justice Center, P.O. Box 5248, Portland, OR 97208.

IT IS SO ORDERED.

DATED:_____October 31, 2024_____.

                                                          _____
                                                          MARCO A. HERNÁNDEZ
                                                          United States Senior District Judge

1 - ORDER